Commonwealth *v.* McAdoo, Appellant.

Sub-mitted March 13, 1972. *Richard D. Walker,* Public Defender, for appellant; *Marion E. MacIntyre,* Assistant District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* McCallum, Appellant.

Submitted March 13, 1972. *John H. Chronister,* Assistant Public Defender, for appellant; *Robert J. Wire, Jr.,* First Assistant District Attorney, and *Harold N. Fitzkee, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* McCowin, Appellant.

Submitted March 13, 1972. *Kenneth E. Hankins, Jr.,* Assistant Public Defender, for appellant; *Jay L. Benedict,* District Attorney, for Commonwealth, appellee.

Order affirmed.